Vernard Stanton, Plaintiff-Appellee, v. Theodore Shakofsky, Defendant-Appellant.

Gen. No. 9,937.   (Abstract of Decision.)

Emerson Baetz, for appellant; Hemphill & Kelsey, and John W. Russell, for appellee. Opinion by PRESIDING JUSTICE REYNOLDS. Not to be published in full. Opinion filed May 21, 1954; released for publication June 7, 1954.

